**Ex parte Kenneth H. HINKLE.**

**No. 41752.**

Court of Criminal Appeals of Texas.

Feb. 26, 1969.

Spiller & Spiller, by John P. Spiller, Houston, for appellant.

Carol S. Vance, Dist. Atty., James C. Brough, Asst. Dist. Atty., Houston, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

MORRISON, Judge.

This is an extradition proceeding.

Since this case was received by this Court, we have officially been notified that the Governor of this State has recalled his Executive Warrant (Ex parte Oxford, 158 Tex.Cr.R. 435, 256 S.W.2d 105) thus rendering the question before us in the writ moot.

This being so the appeal is dismissed. It is so ordered.

DOUGLAS, J., not participating.